UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CLEARTHUR HARVIN, CC# 13004987,

               Plaintiff,

        -against-

UNDERSHERIFF OF NASSAU COUNTY
MICHAEL J. SPOSATO, ARMOR MENTAL
HEALTH DEPT., Nassau County Correctional
Center, and DOCTOR MANETTI of the Mental
Health Dept. at Nassau County Correctional
Center,

               Defendants.

-----------------------------------------------------------------X

**MEMORANDUM & ORDER**
14-CV-3814(SJF)(ARL)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUL 3 0 2014   ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On June 26, 2014, incarcerated *pro se* plaintiff Clearthur Harvin ("plaintiff") filed a complaint in this Court pursuant to 42 U.S.C. § 1983 ("Section 1983") against Nassau County "Undersheriff" Michael J. Sposato ("Sheriff Sposato"), the "Armor Mental Health Dept." of Nassau County Correctional Center ("Armor"), and Doctor Manetti of the Mental Health Department at Nassau County Correctional Center ("Dr. Manetti") (together, "defendants"), accompanied by an application to proceed *in forma pauperis*. [Docket Entry Nos. 1-2]. Upon review of the declaration in support of the application to proceed *in forma pauperis*, the Court finds that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. *See* 28 U.S.C. §§ 1914(a); 1915(a)(1). Therefore, plaintiff's request to proceed *in forma pauperis* is granted.

On July 29, 2014, plaintiff filed a letter motion requesting to "'delay' moving forward with [his] civil complaint." [Docket Entry No. 6]. This application is granted insofar as this case

is marked off the Court's calendar and is administratively closed without prejudice and with leave to restore on ten (10) days notice, and in no event later than August 1, 2015.

The Clerk of the Court shall, pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, serve notice of entry of this Order upon plaintiff in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated: July 30, 2014
      Central Islip, New York